IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOUTHWEST AIRLINES CO.,<br><br>  Plaintiff,<br><br> v.<br><br>APPLIED INTERACT LLC, RESPONSE REWARD SYSTEMS, L.C., and INTERTECH HOLDINGS, LLC,<br><br>  Defendants. | C.A. No. 06-658-SLR |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Because the necessary parties have settled and reached a business resolution to their differences, Plaintiff Southwest Airlines Co., pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulates to the dismissal of this action with prejudice. No adverse party has filed an answer or a motion for summary judgment in this action.

Dated: February 26, 2007        Respectfully submitted,

   */s/ Kyle Wagner Compton*
William J. Marsden, Jr. (Del. I.D. No. #2247)
Kyle Wagner Compton (Del. I.D. No. #4693)
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

COUNSEL FOR PLAINTIFF SOUTHWEST AIRLINES CO.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOUTHWEST AIRLINES CO., <br><br> Plaintiff, <br><br> v. <br><br> APPLIED INTERACT LLC, RESPONSE REWARD SYSTEMS, L.C., and INTERTECH HOLDINGS, LLC, <br><br> Defendants. | C.A. No. 06-658-SLR |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of Dismissal with Prejudice filed by the Plaintiff in this action, the Court ORDERS that this matter is hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

_____
UNITED STATES DISTRICT JUDGE